## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| BILLY H. WILLIAMSON, JR., § | |
| § | |
| *Plaintiff,* § | |
| § | CASE NO. 6:16-CV-200-MHS-JDL |
| § | |
| v. § | |
| § | |
| WELLS FARGO BANK, N.A. AND § | |
| BUCKLEY MADOLE, P.C., § | |
| *Defendants.* § | |
| § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Magistrate Judge issued a Report and Recommendation concluding that Plaintiff Billy Williamson's Motion to Remand (Doc. No. 14) should be denied.

The Report and Recommendation of the Magistrate Judge, which contains his findings, conclusions, and recommendation for the disposition of this motion, has been presented for consideration (Doc. No. 25). The parties have made no objections to the Report and Recommendation. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is accordingly **ORDERED** that Plaintiff's Motion to Remand (Doc. No. 14) is **DENIED**.

**SIGNED** this 6th day of June, 2016.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE